**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2274**

THOMAS L. SWITZER,

                    Plaintiff – Appellant,

          v.

SERGEANT DEAN, a/k/a Officer Dean,

                    Defendant – Appellee,

          and

TOWN OF STANLEY; DOUG PURDHAM, Mayor; OFFICER BROWN; MARK
BELTON, Page County Administrator; JOHN THOMAS, Sheriff;
DEPUTY HAMMER; PAGE COUNTY JAIL,

                    Defendants.

Appeal from the United States District Court for the Western
District of Virginia, at Harrisonburg.   Michael F. Urbanski,
District Judge. (5:11-cv-00021-MFU-JGW)

Submitted:  February 21, 2013        Decided:  February 25, 2013

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Thomas L. Switzer, Appellant Pro Se. Richard Hustis Milnor,
TAYLOR ZUNKER MILNOR & CARTER LTD, Charlottesville, Virginia,

for Appellee.

----------

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas L. Switzer appeals the district court's orders accepting the recommendation of the magistrate judge, denying relief on his 42 U.S.C. § 1983 (2006) complaint, and denying various post-judgment motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Switzer v. Dean</u>, No. 5:11-cv-00021-MFU-JGW (W.D. Va. Aug. 10 & Oct. 12, 2012). We deny Switzer's motion for transcripts at Government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>